IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR CRUZ-WEST | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-1262 |
| | : | |
| SUPERINTENDENT, SCI FAYETTE, et al. | : | |
| | : | |

## ORDER

AND NOW, this 3rd day of March, 2020, upon careful and independent consideration of Petitioner Amir Cruz-West's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after de novo review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and Cruz-West's objections, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. Cruz-West's objections (Document 36) are OVERRULED.

2. The Report and Recommendation (Document 31) is APPROVED and ADOPTED.

3. Cruz-West's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Document 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing.

4. Judgment is entered in favor of Respondents.

5. Cruz-West having failed to make a substantial showing of the denial of a constitutional right, i.e., that reasonable jurists would disagree with this Court's procedural or substantive rulings on Cruz-West's claims, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.